JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ZHANG JUAN,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-06092-DFM

JUDGMENT

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Zhang Juan (A#240-799-284) from custody. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 4, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge